**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

South Carolina Electric & Gas Co., Respondent,

v.

Anson Construction Co., Inc., Petitioner.

Appellate Case No. 2015-001456

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-003
Heard January 11, 2017 – Filed March 1, 2017

---

**REVERSED AND REMANDED**

---

Everett A. Kendall, II, of Sweeny, Wingate & Barrow, P.A., and James Eric Cavanaugh, both of Columbia, for Petitioner.

John A. Massalon and I. Ryan Neville, both of Wills Massalon & Allen, LLC, of Charleston, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision[1] affirming the circuit court's grant of summary judgment to Respondent South Carolina Electric and Gas Co.  Having carefully reviewed the record, we are firmly persuaded there is a genuine issue of material fact regarding the terms of the parties' contract.  Because of this factual dispute, the entry of summary judgment was improper.  *See, e.g.*, *Cunningham v. Helping Hands, Inc.*, 352 S.C. 485, 491, 575 S.E.2d 549, 552 (2003) ("Summary judgment is appropriate only if there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law." (citations omitted)); *cf. Zurich Am. Ins. Co. v. Tolbert*, 387 S.C. 280, 283, 692 S.E.2d 523, 524 (2010) ("Summary judgment should be denied where the non-moving party submits a mere scintilla of evidence." (citing *Hancock v. Mid-South Mgmt. Co.*, 381 S.C. 326, 330, 673 S.E.2d 801, 803 (2009))).  The court of appeals' decision is therefore reversed and this case is remanded to the circuit court for trial.

**REVERSED AND REMANDED.**

**BEATTY, C.J., KITTREDGE, HEARN, JJ., and Acting Justices Clifton Newman and Edward W. Miller, concur.**

---

[1] *S.C. Elec. & Gas Co. v. Anson Constr. Co.*, Op. No. 2015-UP-248 (S.C. Ct. App. filed May 13, 2015).